UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ALONZO ARRINGTON
4116 MONTEREY DR
MONTGOMERY, AL 36116

CASE NO: 15-33410-DHW

Soc. Sec. No. XXX-XX-5917
Debtor.

## INCOME WITHHOLDING ORDER

TO: BAUMHOWERS MONTGOMERY 2 LLC
ATTN PAYROLL
2465 EASTERN BLVD
MONTGOMERY, AL 36117

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that BAUMHOWERS MONTGOMERY 2 LLC withhold from the wages, earnings, or other income of this debtor the sum of **$156.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
15-33410-DHW ALONZO ARRINGTON
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, December 16, 2015 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge