IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

ALONZO ARRINGTON
SSAN: XXX-XX-5917

APRIL BATTLE
SSAN: XXX-XX-0937

Debtor(s)

Case No. 15-33410-DHW
Chapter 13

**TRUSTEE'S MOTION TO EXAMINE DEBTOR(S) TRANSACTIONS
WITH ATTORNEY AND TO EXAMINE ATTORNEY FEES**

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §329 and Rule 2017 Federal Bankruptcy Rules of Procedure respectfully moves this Honorable Court to examine the debtor's transactions with attorney and to examine attorney's fees and as grounds, states as follows:

1. The debtor's Chapter 13 Plan was filed December 04, 2015.

2. The debtor's §341 Meeting of Creditors was held January 21, 2016.

3. At the §341 Meeting of Creditors, the Trustee advised the debtor's attorney that the following items needed to be addressed before the case could be recommended for confirmation:

    a. TAX RETURNS NOT PROVIDED.

    b. SCHEDULE J EXPENSES INCORRECT.

    c. NO PROVISIONS CT CL#8 COMPLETE CASH.

4. To date the debtor's attorney has taken no action to resolve the issues with the debtor's plan.

5. The Trustee filed an objection to confirmation of the debtor's plan due to the issues listed above.

6. The inaction of the debtor and/or attorney has caused delays in this case, which could be prejudicial to the debtor and the debtor's creditors.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to examine the debtor's transactions with this attorney and to examine the fees being paid to the attorney in this case.

Respectfully submitted this February 17, 2016.

ALONZO ARRINGTON
APRIL BATTLE
4116 MONTEREY DR
MONTGOMERY , AL 36116

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Senior Staff Attorney

**CERTIFICATE OF SERVICE**

I, Sabrina L. McKinney, certify that I have served a copy of the foregoing TRUSTEE'S MOTION TO EXAMINE THE DEBTOR'S TRANSACTIONS WITH ATTORNEY AND MOTION TO EXAMINE ATTORNEY'S FEES on the parties listed below by either placing the same in the United States Mail, postage prepaid and properly addressed or by electronic mail, this date February 17, 2016.

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

ALONZO ARRINGTON
APRIL BATTLE
4116 MONTEREY DR
MONTGOMERY , AL 36116

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>ALONZO ARRINGTON<br>SSAN: XXX-XX-5917<br><br>APRIL BATTLE<br>SSAN: XXX-XX-0937<br><br>          Debtor(s) | Case No. 15-33410-DHW<br>Chapter 13 |

**TRUSTEE'S MOTION TO EXAMINE DEBTOR(S) TRANSACTIONS
WITH ATTORNEY AND TO EXAMINE ATTORNEY FEES**

    COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §329 and Rule 2017 Federal Bankruptcy Rules of Procedure respectfully moves this Honorable Court to examine the debtor's transactions with attorney and to examine attorney's fees and as grounds, states as follows:

1. The debtor's Chapter 13 Plan was filed December 04, 2015.

2. The debtor's §341 Meeting of Creditors was held January 21, 2016.

3. At the §341 Meeting of Creditors, the Trustee advised the debtor's attorney that the following items needed to be addressed before the case could be recommended for confirmation:

    a. TAX RETURNS NOT PROVIDED.

    b. SCHEDULE J EXPENSES INCORRECT.

    c. NO PROVISIONS CT CL#8 COMPLETE CASH.

4. To date the debtor's attorney has taken no action to resolve the issues with the debtor's plan.

5. The Trustee filed an objection to confirmation of the debtor's plan due to the issues listed above.

6. The inaction of the debtor and/or attorney has caused delays in this case, which could be prejudicial to the debtor and the debtor's creditors.

    WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to examine the debtor's transactions with this attorney and to examine the fees being paid to the attorney in this case.

    Respectfully submitted this February 17, 2016.

RICHARD D SHINBAUM
ATTORNEY AT LAW
P O BOX 201
MONTGOMERY , AL 36101-0201

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Senior Staff Attorney

**CERTIFICATE OF SERVICE**

I, Sabrina L. McKinney, certify that I have served a copy of the foregoing TRUSTEE'S MOTION TO EXAMINE THE DEBTOR'S TRANSACTIONS WITH ATTORNEY AND MOTION TO EXAMINE ATTORNEY'S FEES on the parties listed below by either placing the same in the United States Mail, postage prepaid and properly addressed or by electronic mail, this date February 17, 2016.

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

RICHARD D SHINBAUM
ATTORNEY AT LAW
P O BOX 201
MONTGOMERY , AL 36101-0201