In Re:  
ALONZO ARRINGTON  
4116 MONTEREY DR  
MONTGOMERY, AL  36116

Case No.15-33410-DHW  
Chapter 13

Debtor  
SSN: XXX-XX-5917

# Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

    ARBYS  
    ATTN PAYROLL  
    1155 PERMITER CENTER W  
    ATLANTA, GA  30338

The above employer is authorized to pay all future wages to the debtor.

Done this Thursday, March 10, 2016.

    */s/ Dwight H. Williams Jr.*  
    Dwight H. Williams Jr.  
    United States Bankruptcy Judge

**CC:** ALONZO ARRINGTON  
    ARBYS